IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blake Haines, | No. CV-15-00002-TUC-RM (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Get Air Tucson Incorporated, et al., | |
| Defendants. | |

On February 24, 2017, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 159) recommending that this Court grant Pacific Urethane, LLC's Motion to Dismiss (Doc. 103). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for

1  clear error unobjected-to portions of Report and Recommendation).

2  　　　The Court has reviewed Judge Markovich's Report and Recommendation, the
3  parties' briefs, and the record.  The Court finds no error in Judge Markovich's Report and
4  Recommendation.  Accordingly,

5  　　　**IT IS ORDERED** that the Report and Recommendation (Doc. 159) is **accepted**
6  **and adopted in full**.

7  　　　**IT IS FURTHER ORDERED** that Pacific Urethane, LLC's Motion to Dismiss
8  (Doc. 103) is **granted**.  Defendant Pacific Urethanes, LLC is dismissed from this action
9  with prejudice for lack of personal jurisdiction.

10 　　　Dated this 20th day of March, 2017.

_____
Honorable Rosemary Márquez
United States District Judge